IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIAM SANDERS**                                                                                   **PLAINTIFF**

v.                                       Case No. **2:20-cv-00226 KGB**

**RONNIE LEE WOODS,**
**WHI TRANSPORT, INC.,**
**and JOHN DOE No. 1**                                                                        **DEFENDANTS**

**ORDER**

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 14). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (*Id.*). The action is dismissed with prejudice.

It is so ordered this 19th day of January, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge